COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number: 01-16-00810-CV

Style: Dr. Michael (Mikhail) Tyurin

v. Hirsch & Westheimer, PC, Michael D. Conner, Jessica Levy, Stephen D. Selindis, and

Capital One, NA

Date motions filed: November 9, 2016, and November 18, 2016

Type of motion: "Motion to Order Trial Court Release Trial Court Records Appellant Originally Requested

under Affidavit of Indigence" and "Repetitive Motion to Order Trial Court Release Trial

Court Records Appellant Originally Requested under Affidavit of Indigence"

Party filing motion: Appellant

Document to be filed:

If motion to extend time:
Original due date:
Number of previous extensions granted: Current Due date:
Date Requested:

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ The Court will not grant additional motions to extend time absent exceptional circumstances.

☐ Denied

☑ Dismissed as moot

☐ Other: _____

Judge's signature: /s/ Terry Jennings
☑ Acting individually   ☐ Acting for the Court

Date: January 12, 2017